BEFORE THE SECOND DIVISION, MAY 13, 1953

No. 57325.—Einar J. N. Berg and P. W. Bellingall *v.* United States, protest 167105-K (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cheese knives with handles of hard rubber, solid bone, celluloid, or any pyroxylin, casing, or similar material, the same as those the subject of Abstract 55917, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MAY 13, 1953

No. 57326.—American Cyanamid & Chemical Corp. et al. *v.* United States, protests 889065-G, etc. (Boston and New York).

Opinion by EKWALL, J. When this case was called for trial, it was submitted, and the right to move to reopen or set aside the submission was abandoned. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protests were overruled. (T. M. *Duche & Sons* v. *United States*, 39 C. C. P. A. 186, C. A. D. 485, certiorari denied, *T. M. Duche & Sons, Inc.* v. *United States*, 344 U. S. 830, followed.)